UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Fiorito, | No. 23-cv-1125 (KMM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Mr. Anderson, *Case Manager K-3 FCI Sandstone*; Mr. J. Koze; Smith, *Warden*; Bishop, *Assistant Warden*; Powell, *Officer*; and Stewart, *Officer*; | |
| Defendants. | |

---

This matter is before the Court on Michael Fiorito's Motion for Compliance with Filing Restrictions and Request for Reasonable Accommodations. (Dkt. 18.) Mr. Fiorito filed the same motion in *Fiorito v. Metropolitan Council*, No. 25-cv-213 (DSD/DJF), and Judge Doty denied the motion. *Id.*, Dkt. 104. As Judge Doty explained: "The court will not make a general statement about plaintiff's compliance, nor will it grant accommodations in the abstract." *Id.* This Court reaches the same conclusion in this case, and Mr. Fiorito's motion (Dkt. 18) is **DENIED**.

Date: December 22, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge